IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WABII BRANDING, INC., <br><br> Plaintiff, <br><br> OFF-BEAT RECORDS, INC and <br> BARRY G. CLARK <br><br> Defendants. | Civil Action No. 3:22-cv-30024-MGM |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5.3, Plaintiff Wabii Branding, Inc. ("Wabii"), through undersigned counsel, moves this Court for the admission of attorney John Karl Buche, Esq. to practice *pro hac vice* for purposes of the above-captioned matter. As grounds for this motion for admission of Mr. Buche to appear *pro hac vice*, the undersigned states:

1. The undersigned counsel is a partner with the Boston law firm of Todd & Weld LLP and is a member in good standing of the Bar of the United States District Court for the District of Massachusetts and every other bar where he is admitted to practice.

2. John Karl Buche is a partner at Buche & Associates, P.C. in La Jolla, California, and, together with local counsel from Todd & Weld LLP, represents Wabii in this action. Mr. Buche has an office address of 875 Prospect, Suite 305, La Jolla, California 92037.

3. Mr. Buche (i) is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (ii) is not the subject of disciplinary proceedings pending in any jurisdiction in which he is a member of the bar; (iii) has not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for

misconduct; and (iv) has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

4. Mr. Buche shall pay the appropriate fee to the clerk of court.

5. A Declaration of Mr. Buche is attached as <u>Exhibit A</u>.

WHEREFORE, Plaintiff Wabii Branding, Inc. respectfully requests an Order admitting John Karl Buche to practice in this action *pro hac vice*.

Respectfully submitted,

For Plaintiff, Wabii Branding, Inc.,
By its attorneys,

/s/ *Benjamin J. Wish*
Benjamin J. Wish (BBO# 672743)
Todd & Weld LLP
One Federal Street
Boston, MA 02110
(617) 720-2626

John Buche (*pro hac vice pending*)
jbuche@buchelaw.com
Byron Ma (*pro hac vice pending*)
bma@buchelaw.com
Buche & Associates, P.C.
2049 Century Park East, Suite 2400
Los Angeles, CA 90067
(310) 556-3501

Dated: February 22, 2022

## **CERTIFICATE OF SERVICE**

      I, Benjamin J. Wish, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on February 22, 2022.

Dated: February 22, 2022                                        */s/ Benjamin J. Wish*
                                                                                     Benjamin J. Wish