# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WABII BRANDING, INC.,<br><br>Plaintiff,<br><br>OFF-BEAT RECORDS, INC and<br>BARRY G. CLARK<br><br>Defendants. | Civil Action No. 3:22-cv-30024-MGM |

## DECLARATION OF JOHN KARL BUCHE, ESQ.

I, John Karl Buche, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney licensed to practice law in the states of Texas, California, and Arizona, as well as in the following federal courts:

   a. Supreme Court of the United States;

   b. United States Fifth Circuit Court of Appeals;

   c. United States Ninth Circuit Court of Appeals;

   d. United States Federal Circuit Court of Appeals;

   e. Northern District of Texas;

   f. Eastern District of Texas;

   g. Southern District of Texas;

   h. Western District of Texas;

   i. Northern District of California;

   j. Eastern District of California;

   k. Central District of California; and,

   l. Southern District of California.

1. I am a partner at Buche & Associates, P.C. in La Jolla, California. My office address is 875 Prospect, Suite 305, La Jolla, California 92037. My email is jbuche@buchelaw.com, and my office telephone number is (858) 459-9111.

2. I was admitted to practice in: Texas on November 3, 1999; California on December 1, 2005; and, Arizona on August 11, 2021.

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice. I certify that there are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar, and no discipline has previously been imposed upon me in any jurisdiction.

4. I agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under L.R. 83.5.3) removed for misconduct.

6. I agree to pay the appropriate fee to the Court for *pro hac vice* admission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 22, 2022.

*/s/ John K. Buche*
John Karl Buche