UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Wabii Branding, Inc.,

    Plaintiff

                      Civil Action No. 22-cv-30024-MGM

    v.

Off-Beat Records, Inc., et al.,

    Defendants

SETTLEMENT ORDER OF DISMISSAL
December 1, 2023

MASTROIANNI, U.S.D.J.

    The court, having been advised on November 30, 2023, that the above-entitled action has been Settled.

    IT IS ORDERED that this action is hereby dismissed between these parties without costs and without prejudice to the right of any such party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated. The court will retain jurisdiction to enforce the settlement agreement.

                      By the Court,

                      /s/ *Tamara Figueroa*
                      Tamara Figueroa
                      Deputy Clerk